IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| **WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF STANWICH MORTGAGE LOAN TRUST F,** § § § § § | |
| **Plaintiff,** § § | |
| **v.** § § | Civil Action No. 9:22-cv-201 |
| **PATRICK MARTIN** § § § | |
| **Defendant.** § | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Wilmington Savings Fund Society, FSB, as Trustee of Stanwich Mortgage Loan Trust F ("Wilmington" or "Plaintiff") files this *Notice of Voluntary Dismissal* ("Notice") pursuant to Rule 41 of the Federal Rules of Civil Procedure, and shows the Court as follows:

1. On December 27, 2022, Wilmington filed its *Original Complaint* ("Complaint") against Defendant Patrick Martin ("Defendant") to obtain an order authorizing foreclosure of Plaintiff's security interest on the real property located at 3685 N. FM 225 Douglass, Texas 75943. [ECF No. 1].

2. Plaintiff no longer wishes to pursue this claim for judicial foreclosure against Defendant. Accordingly, it files this Notice, pursuant to Rule 41 (a)(1)(A)(i) of the Federal Rules of Civil Procedure. Plaintiff files this Notice before Defendant filed an answer or motion for summary judgment. As such, Plaintiff voluntarily dismisses the claims it has asserted herein against Defendant without prejudice to the re-filing of the same.

3. Plaintiff's claims are the only claims pending in this case, so dismissal will dispose of all parties and all claims, and Defendant will not be prejudiced.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully requests the Plaintiff's claims against Defendant be dismissed without prejudice, that no prejudice attach to such dismissal, and that Plaintiff be awarded all other relief to which Plaintiff may be entitled.

Respectfully submitted,

By: */s/ Nicholas M. Frame*
 **MARK D. CRONENWETT**
 Texas Bar No. 00787303
 mcronenwett@mwzmlaw.com

 **NICHOLAS M. FRAME**
 Texas Bar. No. 24093448
 nframe@mwzmlaw.com

**MACKIE WOLF ZIENTZ & MANN, P. C.**
14160 North Dallas Parkway, Suite 900
Dallas, TX 75254
Telephone: 214-635-2650
Facsimile: 214-635-2686

**ATTORNEYS FOR PLAINTIFF**