IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF STANWICH MORTGAGE LOAN TRUST F, | § § § § § | |
| *Plaintiff,* | § § | CIVIL ACTION NO. 9:22-CV-00201 JUDGE MICHAEL J. TRUNCALE |
| VS. | § § | |
| PATRICK MARTIN, | § § | |
| *Defendant.* | § | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE

Before the Court is the Plaintiff's Notice of Voluntary Dismissal. [Dkt. 5]. Plaintiff is dismissing this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

It is therefore **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**, and the Parties shall bear their own attorney's fees and costs.

It is further **ORDERED** that all Court dates and deadlines are hereby **VACATED**, and all pending motions filed herein are **DENIED AS MOOT**.

**SIGNED this 9th day of March, 2023.**

_____
Michael J. Truncale
United States District Judge